# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TONY HENDERSON | § |
| | § Civil Action No. 4:17-CV-448 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| COMMISSIONER, SSA | § |
| | § |

## MEMORANDUM OPINION AND ORDER

The Court, having reviewed Plaintiff's Application for Attorney Fees Pursuant to the Equal Access to Justice Act (Dkt. #25) and Commissioner's Response (Dkt. #27), wherein Defendant does not object to the requested fee, finds that Plaintiff's Application is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Application (Dkt. #25) is **GRANTED**, and the Commissioner is directed to pay five thousand, four hundred seventy-six dollars and seventy-three cents ($5,476.73) in attorney's fees, such payment payable to Plaintiff, such payment to be mailed to Plaintiff's counsel.

**IT IS SO ORDERED**.

SIGNED this 4th day of January, 2019.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE